## THE STATE v. LYNAM, Appellant.

**Division Two, January 31, 1906.**

**APPEAL: No Bill of Exceptions.** Where there is no bill of exceptions, the information being in due form and the record proper free from error, the judgment fixing appellant's punishment at twenty-five years' imprisonment upon a conviction of murder in the second degree, will be affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Robert M. Foster,* Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *N. T. Gentry,* Assistant Attorney-General, for the State.

(1) The information, which was duly verified by the assistant circuit attorney, is sufficient in form and substance. State v. Jones, 134 Mo. 259. (2) The verdict is in the approved form. By it the jury found the defendant guilty of murder in the second degree, and his punishment was assessed at twenty-five years' imprisonment in the penitentiary. Where there is no bill of exceptions, and no error appearing in the record proper, the judgment should be affirmed. State v. Wright, 186 Mo. 121; State v. Carnell, 186 Mo. 88.

BURGESS, P. J.—On the 10th day of December, 1904, the defendant Jesse Lynam was convicted in the circuit court of the city of St. Louis of murder in the second degree, and his punishment assessed at twenty-five years' imprisonment in the penitentiary, upon an information filed in said court by the assistant circuit attorney of said city charging the defendant with murder, in having shot and killed, at said city, on the 13th

day of May, 1904, one John Hiser. Defendant appeals.

The defendant is not represented in this court, nor was any bill of exceptions filed in the case, so that there is nothing before the court for review except the record proper.

The information is in due form and the record free from error. The judgment is affirmed. All concur.

